PER CURIAM. Motion granted, with $10 costs, unless the appellant perfect the appeal, place the cause on the calendar for the June term of this court, and be ready for argument when reached, in which case the motion is denied, without costs.

CITY OF NEW YORK, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by the City of New York against the Dry Dock, East Broadway & Battery Railroad Company. J. P. Cotton, Jr., for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CITY OF NEW YORK, Appellant, v. FLATBUSH GAS CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by the City of New York against the Flatbush Gas Company. No opinion. Judgment affirmed on argument, with costs.

CITY OF NEW YORK, Respondent, v. NEW YORK CITY RY. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by the City of New York against the New York City Railway Company, impleaded. J. P. Cotton, Jr., for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 116 N. Y. Supp. 765; Id. 939.

CLEM, Appellant, v. FAIRCHILD, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by James S. Clem against Alice L. Fairchild, as administratrix, etc. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 App. Div. 261, 111 N. Y. Supp. 262.

CLUTE, Respondent, v. CLUTE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Catherine Clute, as administratrix, etc., against Mary B. Clute and others.
PER CURIAM. Judgment affirmed, with costs. CHESTER and SEWELL, JJ., dissent.

COLUMBIA PAPER BAG CO., Respondent, v. LENTIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Columbia Paper Bag Company against Louis L. Lentin. No opinion. Motion for stay denied, with $10 costs, and stay granted in the order to show cause vacated.

COMMERCIAL TRUST CO. OF NEW YORK v. PECK et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Commercial Trust Company of New York against Walter A. Peck and others. No opinion. Motion denied, with $10 costs.

CORNELL, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Sophie B. Cornell, as administratrix, against the Interborough Rapid Transit Company. J. H. Adams, for appellant. A. J. Dittenhoefer, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event unless plaintiff stipulates to reduce verdict to $8,500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.
McLAUGHLIN, J., dissents, on the ground that the proof does not establish that defendant's negligence was the cause of the collision, and also on the ground that the court erred in admitting in evidence against defendant's objection and exception the American Mortality Tables.

CRIST, Appellant, v. HOFFMAN, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Arthur H. Crist against Henry Hoffman. No opinion. Judgment unanimously affirmed, with costs.

CURTIS, Respondent, v. MAMMANO et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Louis Curtis against Joe Mammano and others. No opinion. Final order of the Municipal Court affirmed, with costs.

CURTIS, Respondent, v. POMEROY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Adelbert B. Curtis against Whiting G. Pomeroy and others.
PER CURIAM. Judgment affirmed, with one bill of costs against the defendant town.
KELLOGG, J., dissents. SEWELL, J., not sitting.

DADY, Respondent, v. O'SULLIVAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Michael J. Dady against Michael O'Sullivan. No opinion. Judgment of the Municipal Court affirmed, with costs.

DALY, Appellant, v. WELSH, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Eda Daly against Rachel Welsh. No opinion. Judgment of the Municipal Court affirmed, with costs.

DEADY, Respondent, v. DEGNON-McLEAN CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Edward Deady against the Degnon-McLean Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.